# Certificate of Notice

District/Off: 0101-4    User: jk                              Date printed: 7/11/2017

Case: 17-41252          Form ID: oupdt13I  Total: 1


db  Wanda K Herrera  14 Pinewood LN      Worcester, MA 01609