UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

---

In Re:  Wanda K Herrera

Debtor,

Chapter: 13

Case No: 17–41252

Judge Christopher J. Panos

---

### ORDER APPROVING PAYMENT OF
### FILING FEE IN INSTALLMENTS

It is **ORDERED** that the debtor pay the filing fees in the amount of $310.00 in installments according to the following terms.

> **Initial Installment $112.00** paid on **JULY 11, 2017**
> **First Installment $66.00** due on or before **AUGUST 10, 2017**
> **Second Installment $66.00** due on or before **SEPTEMBER 8, 2017**
> **Final Installment $66.00** due on or before **OCTOBER 10, 2017**

Pursuant to Rule 1006(b)(3) of the Federal Rules of Bankruptcy Procedure; "[a]ll installments of the filing fee must be paid in full before the debtor or chapter 13 trustee may make further payments to an attorney or any other person who renders services to the debtor in connection with the case."

The entry of an order to discharge or confirmation shall be held in abeyance until the filing fee is paid in full. If the debtor fails to comply with this order, the Court may dismiss the debtor's case. In any event the full fee is due.

Date:7/12/17

By the Court,

Lisa Belanger
Deputy Clerk
508–770–8913

---

**PLEASE RETURN A COPY OF THIS FORM WITH YOUR PAYMENT**

---

**NOTE: CASH, BANK CHECK OR MONEY ORDER ONLY**

**PLEASE INCLUDE NAME AND CASE NUMBER WITH PAYMENT AND SEND TO THE ADDRESS INDICATED BELOW.**

**FAILURE TO MAKE PAYMENT BY THE DUE DATE MAY RESULT IN DISMISSAL OF THIS CASE WITHOUT FURTHER NOTICE.**

---

○ United States Bankruptcy Court
John W. McCormack Post Office and Court House
5 Post Office Square, Suite 1150
Boston, MA 02109–3945

◉ United States Bankruptcy Court
211 Donohue Federal Building
595 Main Street
Worcester, MA 01608–2076

○ United States Bankruptcy Court
United States Courthouse
300 State Street, Suite 220
Springfield, MA 01105–2925