United States Bankruptcy Court
District of Massachusetts

In re:                                                                    Case No. 17-41252-cjp
Wanda K Herrera                                                           Chapter 13
         Debtor

# CERTIFICATE OF NOTICE

District/off: 0101-4          User: lbelanger          Page 1 of 1          Date Rcvd: Jul 12, 2017
                              Form ID: k49form         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 14, 2017.
db            +Wanda K Herrera,    14 Pinewood LN,    Worcester, MA 01609-1085

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                  TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 14, 2017                          Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 12, 2017 at the address(es) listed below:
          Denise M. Pappalardo    denisepappalardo@ch13worc.com,   paper@mab.uscourts.gov
          Richard  King    USTPRegion01.WO.ECF@USDOJ.GOV
                                                                          TOTAL: 2

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

In Re:   Wanda K Herrera                                    Chapter: 13
         Debtor,                                           Case No: 17–41252
                                                           Judge Christopher J. Panos

## ORDER APPROVING PAYMENT OF
## FILING FEE IN INSTALLMENTS

It is **ORDERED** that the debtor pay the filing fees in the amount of $310.00 in installments according to the following terms.

> **Initial Installment $112.00** paid on **JULY 11, 2017**
> **First Installment $66.00** due on or before **AUGUST 10, 2017**
> **Second Installment $66.00** due on or before **SEPTEMBER 8, 2017**
> **Final Installment $66.00** due on or before **OCTOBER 10, 2017**

Pursuant to Rule 1006(b)(3) of the Federal Rules of Bankruptcy Procedure; "[a]ll installments of the filing fee must be paid in full before the debtor or chapter 13 trustee may make further payments to an attorney or any other person who renders services to the debtor in connection with the case."

The entry of an order to discharge or confirmation shall be held in abeyance until the filing fee is paid in full. If the debtor fails to comply with this order, the Court may dismiss the debtor's case. In any event the full fee is due.

Date:7/12/17                                               By the Court,

                                                           <u>Lisa Belanger</u>
                                                           Deputy Clerk
                                                           508–770–8913

---

### PLEASE RETURN A COPY OF THIS FORM WITH YOUR PAYMENT

**NOTE: CASH, BANK CHECK OR MONEY ORDER ONLY**

**PLEASE INCLUDE NAME AND CASE NUMBER WITH PAYMENT AND SEND TO THE ADDRESS INDICATED BELOW.**

**FAILURE TO MAKE PAYMENT BY THE DUE DATE MAY RESULT IN DISMISSAL OF THIS CASE WITHOUT FURTHER NOTICE.**

| ○ United States Bankruptcy Court | ◉ | ○ |
|---|---|---|
| John W. McCormack Post Office and Court House 5 Post Office Square, Suite 1150 Boston, MA 02109–3945 | United States Bankruptcy Court 211 Donohue Federal Building 595 Main Street Worcester, MA 01608–2076 | United States Bankruptcy Court United States Courthouse 300 State Street, Suite 220 Springfield, MA 01105–2925 |