United States Bankruptcy Court
District of Massachusetts

In re:                                                                Case No. 17-41252-cjp
Wanda K Herrera                                                       Chapter 13
          Debtor

# CERTIFICATE OF NOTICE

District/off: 0101-4          User: admin             Page 1 of 1            Date Rcvd: Jul 12, 2017
                             Form ID: prosentc        Total Noticed: 1


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 14, 2017.
db            +Wanda K Herrera,   14 Pinewood LN,   Worcester, MA 01609-1085

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                    TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 14, 2017                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 12, 2017 at the address(es) listed below:
          Denise M. Pappalardo    denisepappalardo@ch13worc.com,   paper@mab.uscourts.gov
          Richard  King    USTPRegion01.WO.ECF@USDOJ.GOV
                                                                         TOTAL: 2

*United States Bankruptcy Court*

*District of Massachusetts*

### *PRO SE CLERK'S OFFICE*

### *BANKRUPTCY ASSISTANCE FOR PRO SE FILERS*

You have filed a case in the U.S. Bankruptcy Court for the District of Massachusetts without an attorney representing you. You are *pro se*. As a *pro se* debtor, you may get information about the bankruptcy process and the filing requirements from the Pro Se Clerk's Office. The Pro Se Clerk can answer some basic bankruptcy questions.

The Pro Se Clerk can give information, but <u>not</u> legal advice. No one from the Clerk's office can provide legal advice. Should you need legal representation, referrals can be made to an appropriate service. In fact, you are encouraged to consult the Pro Se Clerk regarding a referral. Bankruptcy is a complicated process with long– term financial consequences. If you fail to file all of the required documents, your case can be dismissed, which will cause you to forfeit rights. Also, re–opening or re–filing is costly!

### <u>SCHEDULE AND TELEPHONE NUMBERS FOR THE PRO SE CLERK'S OFFICE</u>

| **Boston Office** | **Worcester Office** | **Springfield Office** |
|---|---|---|
| Monday,Thursday and Friday | Tuesday | Wednesday |
| John W. McCormack Post Office and Court House | Donahue Federal Building | United States Courthouse |
| 5 Post Office Square, Suite 1150 | 595 Main Street | 300 State Street |
| Boston, MA 02109–3945 | Worcester, MA 01608–2076 | Springfield, MA 01105 |
| (617) 748–5351 | (508) 770–8925 | (413) 785–6892 |

Also by email: **prose@mab.uscourts.gov**

The schedule of the Pro Se Clerk is subject to change without notice. To be sure that the Pro Se Clerk will be available in your division on the day you would like to meet, please call first. If you reach voice mail, please leave a message and your call will be returned. Please be sure to leave a telephone number and your case number.

For more information about the Pro Se Clerk, click the "Debtor Information" link on the U.S. Bankruptcy Court's webpage at **www.mab.uscourts.gov**.