U.S. Bankruptcy Court
District of Massachusetts

In Re:                                                    Case No. 17-41252 CJP

     Wanda K. Herrera                                Chapter 13


        Debtor




Order of Dismissal


    Due to the failure of the Debtor to comply with the Court's Order dated 7/11/2017, the Debtor having failed to file the required documents, it is hereby ordered that the above-entitled case be and hereby is DISMISSED.


Date:  July 28, 2017

_____
Bankruptcy Judge


c:      Pro Se Debtor
        Trustee