Case 17-41252   Doc 15   Filed 07/28/17   Entered 07/28/17 09:14:11   Desc Main
Document       Page 1 of 1

**Certificate of Notice**

District/Off: 0101-4    User: lbelanger                    Date printed: 7/28/2017

Case: 17-41252        Form ID: pdf012   Total: 1

db   Wanda K Herrera   14 Pinewood LN   Worcester, MA 01609