## UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

In Re:    Wanda K Herrera
          Debtor,

Chapter: 13
Case No: 17–41252
Judge Christopher J. Panos

### NOTICE OF DISMISSAL

You are hereby notified that an Order Dismissing the above **Debtor** was entered on 7/28/17 .

Date:8/14/17

By the Court,

Alberto Barrera
Deputy Clerk
508–770–8932

17