United States Bankruptcy Court
District of Massachusetts

In re:
Wanda K Herrera
　　　Debtor

Case No. 17-41252-cjp
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0101-4          User: ab          Page 1 of 1          Date Rcvd: Aug 14, 2017
　　　　　　　　　　　　　　Form ID: ntcdsm      Total Noticed: 22

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 16, 2017.
```
db              +Wanda K Herrera,    14 Pinewood LN,    Worcester, MA 01609-1085
smg              MASS DEPT OF REVENUE,    BANKRUPTCY UNIT,    PO BOX 9564,    Boston, MA  02114-9564
19959386         ARSI,    555ST CHARLES DRIVE SUITE 110,    THOUSAND OAKS CA 91360
19959389        +CITY OF WORCESTER,    PO BOX 15602,    WORCESTER MA 01615-0602
19959384        +CMRE FINANCIAL,    3075 E IMPERIAL HWY STE 200,    BREA CA 92821-6753
19959388        +EVERSOURCE,    247 STATION DRIVE SW300,    WESTWOOD MA 02090-2394
19959385        +FIRST FINANCIAL INVESTME,    3091 GOVERNORS LAKE DRIVE 500,    PEACH TREE CORNERS GA 30071-1135
19959379        +NATIONAL GRID,    PO BOX 960,    NORTHBOROUGH MA 01532-0960
19959382        +NAVIENT,    123 JUSTON STREET 3 RD FLOOR,    WILMINGTON DE 19801-5360
19959375        +TD BANK USA TARGET CREDI,    PO BOX 1470,    MINNEAPOLIS MN 55440-1470
19959387        +UMASS MEMORIAL MEDICAL GROUP,    PO BOX 415369,    BOSTON MA 02241-5369
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             +E-mail/Text: duabankruptcy@detma.org Aug 14 2017 23:31:30      CHIEF COUNSEL, LEGAL DEPARTMENT,
                  DEPARTMENT OF UNEMPLOYMENT ASSISTANCE,    COMMONWEALTH OF MASSACHUSETTS,
                  19 STANIFORD STREET,1ST FLOOR,    Boston, MA 02114-2502
19959380        +EDI: CAPITALONE.COM Aug 14 2017 23:28:00      CAPITAL ONE BANK USA NA,    PO BOX 30281,
                  SALT LAKE CITY UT 84130-0281
19959378        +E-mail/Text: bankruptcy@cavps.com Aug 14 2017 23:31:36      CAVALRY PORTFOLIO SVCS,
                  500 SUMMIT LAKE DR STE 4A,    VALHALLA NY 10595-2323
19959390        +E-mail/Text: dl-csgbankruptcy@charter.com Aug 14 2017 23:31:54      CHARTER COMMUNICATIONS,
                  PO BOX 60187,    LOS ANGELES CA 90060-0187
19959381        +EDI: TSYS2.COM Aug 14 2017 23:28:00      DSNB MACYS,    PO BOX 8218,    MASON OH 45040-8218
19959383        +E-mail/Text: bnc@nordstrom.com Aug 14 2017 23:31:20      NORDSTROM TDBANK USA,    PO BOX 13589,
                  SCOTTSDALE AZ 85267-3589
19959373        +EDI: RMSC.COM Aug 14 2017 23:28:00      SYNCB BANANA REPUBLIC,    PO BOX 965005,
                  ORLANDO FL 32896-5005
19959374        +EDI: RMSC.COM Aug 14 2017 23:28:00      SYNCB TJX CO DC,    PO BOX 965015,
                  ORLANDO FL 32896-5015
19965488        +EDI: RMSC.COM Aug 14 2017 23:28:00      Synchrony Bank,    c/o PRA Receivables Management, LLC,
                  PO Box 41021,    Norfolk, VA 23541-1021
19959376         EDI: TFSR.COM Aug 14 2017 23:28:00      TOYOTA MOTOR CREDIT CORP,    5005 N RIVER BLVD NE,
                  CEDAR RAPIDS IA 52411
19959377        +EDI: USBANKARS.COM Aug 14 2017 23:28:00      US BANK HOME MORTAGE,    4801 FREDERICA ST,
                  OWENSBORO KY 42301-7441
                                                                                            TOTAL: 11
```

```
         ***** BYPASSED RECIPIENTS *****
NONE.                                                                            TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 16, 2017                               Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 14, 2017 at the address(es) listed below:
```
          Denise M. Pappalardo    denisepappalardo@ch13worc.com,   paper@mab.uscourts.gov
          Richard  King    USTPRegion01.WO.ECF@USDOJ.GOV
                                                                   TOTAL: 2
```

**UNITED STATES BANKRUPTCY COURT**
DISTRICT OF MASSACHUSETTS

---

In Re:   Wanda K Herrera                                           Chapter: 13
       Debtor,                                               Case No: 17–41252
                                            Judge Christopher J. Panos

---

### NOTICE OF DISMISSAL

You are hereby notified that an Order Dismissing the above **Debtor** was entered on 7/28/17 .

Date:8/14/17                                                    By the Court,

                                                    Alberto Barrera
                                                    Deputy Clerk
                                                    508−770−8932

17